UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR09-0617 EMC |
| Plaintiff, | |
| v. | **PRETRIAL ORDER FOR CRIMINAL BENCH TRIAL** |
| JUSTIN HENLEY, | |
| Defendant. | |
| _____/ | |

Trial will commence on April 8, 2010 from 9:30 a.m. to 1:30 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file their trial briefs and shall exchange and provide to the Court one set of pre-marked trial exhibits and witness lists no later than two weeks before trial (March 25, 2010).

IT IS SO ORDERED.

Dated: January 21, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge